IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| ABC           |                        |
|---------------|------------------------|
| Plaintiff     | MEMORANDUM ENDORSED    |
| v.            | CASE NO.   1:22-mc-231 |
| DEF           | JUDGE                  |
| Defendant     | MAGISTRATE             |

## MOTION TO FILE CIVIL CASE UNDER SEAL

In accordance with Rule 5.2(d) of the Federal Rules of Civil Procedure and Section 6 of the Court's *Electronic Case Filing Rules & Instructions* and for the reasons more fully explained in the accompanying Memorandum in Support, Defendant respectfully moves for leave to file under seal (1) unredacted versions of his Notice of Removal and Exhibits 1 and 3 thereto and (2) Exhibits 2 and 7 to the Notice of Removal. Defendant further requests, in accordance with the Court's authority to permit parties to proceed anonymously, that the Court permit the parties to proceed using party initials or designations in written or electronic court submissions in lieu of full names, and to redact party names, addresses, and contact information in unsealed materials. Defendant asks that the "Selected Parties" Viewing Level be applied and that only Plaintiff's counsel, Defendant's counsel, and court personnel be allowed to access the sealed materials.

Plaintiff submitted an Affirmation of his counsel in the Supreme Court of the State of New York, County of New York, to file his Complaint under seal and to proceed with the caption *Anonymous v. Anonymous*. By Order dated July 29, 2022, the New York Supreme Court ordered that access to the file should be restricted, and the caption should be stated as *Anonymous v.*

1

*Anonymous*, pending further ruling on the Order to Show Cause submitted by Plaintiff. As more fully discussed in the accompanying non-confidential memorandum, the state court seal order should be recognized by this Court in accordance with 28 U.S.C. § 1450.

**WHEREFORE,** Defendant prays that the Court grant him leave to file under seal (1) unredacted versions of his Notice of Removal and Exhibits 1 and 3 thereto and (2) Exhibits 2 and 7 to the Notice of Removal. Defendant further requests that the Court permit the parties to proceed using party initials or designations in written or electronic court submissions in lieu of full names, and to redact party names, addresses, and contact information in unsealed materials. Finally, Defendant requests that the "Selected Parties" Viewing Level be applied and that only Plaintiff's counsel, Defendant's counsel, and court personnel be allowed to access the sealed materials.

Respectfully submitted,

Danielle Teutonico, N.Y. Bar 5657325
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
dteutonico@fishmanhaygood.com

*Counsel for Defendant*

Application denied without prejudice. The request asks that the Court permit Plaintiff to file unredacted versions of certain documents under seal. The Court cannot see from the application, however, what redactions are proposed, and, therefore, cannot evaluate the scope of the sealing request. Any renewed application should highlight the specific text that is proposed to be redacted.

SO ORDERED.
Dated: August 26, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

3712847v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

3712847v.1